THE PEOPLE OF THE STATE OF NEW YORK ex rel. BOARD OF SUPERVISORS OF THE COUNTY OF ROCKLAND, Respondent, *v.* EUGENE M. TRAVIS, as Comptroller of the State of New York, Appellant.

*People ex rel. Bd. of Supervisors* v. *Travis*, 184 App. Div. 730, affirmed.

(Submitted May 21, 1919; decided June 6, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 2, 1919, which annulled, on certiorari, a determination of the state comptroller rejecting the relator's claim for taxes on lands owned by the state and remitted said claim to the comptroller for audit at the full amount claimed. Chapter 149 of the Laws of 1911 provides that the state of New York shall pay taxes upon all lands owned by the state in Rockland county, and that assessments shall be made by the local assessors on such lands in the same manner as upon land owned by individuals, and further provides that the assessed valuation shall not be reduced below that at which such lands were assessed at the time the state acquired same. Tax bills were presented to the comptroller by the treasurer of Rockland county showing that the assessors had increased the valuation upon various parcels of land owned by the state, subsequent to the acquisition by the state. The comptroller refused to audit said tax bills at the amounts as presented, claiming that the assessors, under said chapter 149 of the Laws of 1911 could not increase the valuation on said lands above

what they were assessed at the time the state acquired same.

*Charles D. Newton, Attorney-General (Wilber W. Chambers* of counsel), for appellant.

*E. W. Hofstatter* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.